EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Aprobación de Cambio de Estatus Inactivo de agosto de 2023 | 2023 TSPR 117<br><br>212 DPR ___ |

Número del Caso: EM-2023-0011

Fecha: 26 de septiembre de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de agosto de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
agosto de 2023

EM-2023-0011

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de septiembre de 2023.

Durante el mes de agosto de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Varela Fernández, José Rafael | 3,356 |
| Ferrer Pérez, Alfredo | 5,307 |
| Arce Moreno, Aurelio | 5,603 |
| Méndez Santos, William | 7,683 |
| Negrón García, María I. | 10,367 |
| Iguina López, Carolina | 16,456 |
| Ramos Rivera, Gilnel | 16,868 |
| Vázquez Diago, José Alberto | 19,228 |
| Marrero Medina, Raúl Vijay | 20,895 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo